UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       )<br>           Plaintiff, )<br>       )<br>       v. )<br>       )<br>       )<br>AGUSTO MONTERO-SOLIS, )<br>       )<br>           Defendant. )<br>_____ ) | Case No. 07-MJ-280-JPD<br><br>DETENTION ORDER |

Offense charged:

   Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a).

Date of Detention Hearing: June 7, 2007.

   The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

   FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

   (1)   Defendant is a citizen of Mexico.

   (2)   A detainer has been placed on defendant by Immigration and Customs Enforcement.

   (3)   Defendant has stipulated to detention, due to the immigration detainer lodged against him, but reserves the right to contest his continued detention if there is a change in circumstances.

(4) Because the Court has no additional information about the defendant, there are no conditions or combination of conditions other than detention that will reasonably assure the defendant's appearance at future Court hearings, or the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of June, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge